IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRANDON CHAPPELL, and      )
MICHAEL MASTILLO,          )
                           )
    Plaintiffs,            )
                           )     CIVIL ACTION NO.
    v.                     )       2:16cv237-MHT
                           )            (WO)
DAEHO LOGISTICS INDUSTRY   )
CO., LTD. CORP.,           )
                           )
    Defendant.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of the proposed settlement (doc. no. 26) is granted and the settlement is approved.

(2) Judgment is entered in favor of plaintiffs Brandon Chappell and Michael Mastillo and against defendant Daeho Logistics Industry Co., Ltd. Corp.

(3) In total and complete resolution of this case,

(A) Plaintiff Chappell shall have and recover from defendant Daeho Logistics Industry Co., Ltd. Corp. the sum of $ 7,000.00.

(B) Plaintiff Mastillo shall have and recover from defendant Daeho Logistics Industry Co., Ltd. Corp. the sum of $ 5,550.00.

(C) Counsel for plaintiffs Chappell and Mastillo, Hays Law Firm, shall have and recover from defendant Daeho Logistics Industry Co., Ltd. Corp. the sum of $ 10,450.00.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of April, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**